UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**MALIBU MEDIA, LLC,**

        Plaintiff,

    -vs-                                    Case No. 13-C-1230

**JOHN DOE,**

        Defendant.

## DECISION AND ORDER

The defendant in this matter moves for leave to resume anonymous status and to seal documents identifying the defendant by name. The Court has been very clear in previous Malibu Media orders that it expects the defendants in these cases to remain anonymous. *See, e.g., Malibu Media, LLC v. Doe*, Case Nos. 13-C-536, 13-C-544, 13-C-779, 2013 WL 5276081, at *1 (E.D. Wis. Sept. 17, 2013) (finding "good cause to allow all of these defendants to proceed anonymously," and that the Court "expects that the 779 defendant will remain anonymous going forward").

Therefore, the defendant's motion [ECF No. 14] is **GRANTED**. The Clerk of Court is directed to redact the defendant's name from the docket and to seal Docket Numbers 8, 9, 10, 11, 12, 13 and 14.

Malibu Media is also ordered to show cause within **ten (10) days** of the date of this Order as to why it should not be sanctioned for publicly revealing the defendant's identity on the Court's docketing system.

Dated at Milwaukee, Wisconsin, this 5th day of August, 2014.

BY THE COURT:

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**