IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

MALIBU MEDIA, LLC,

        Plaintiff,

v.                                                  Civil Action No. 2:13-cv-01230-RTR

JOHN DOE, subscriber assigned IP address
24.209.176.39,

        Defendant.

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 24.209.176.39. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: January__7__, 2015

                                                          Respectfully submitted,

                                                          By: ___/s/ *Mary K. Schulz*___
                                                          Mary K. Schulz
                                                          Schulz Law, P.C.
                                                          1144 E. State Street, Suite A260
                                                          Geneva, IL 60134
                                                          Phone: 224-535-9510
                                                          Email: SchulzLaw@me.com
                                                          *Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on January__7__, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                    By: /s/ *Mary K. Schulz*
                                                    Mary K. Schulz